1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiffs

7

8              **THE UNITED STATES DISTRICT COURT**

9             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12  ANNA PRICE, etc. et al.,              )    No. C08-969-EDL
                                          )
13              Plaintiffs,                )
                                          )
                                          )   CONSENT TO PROCEED BEFORE A
14  vs.                                   )   UNITED STATES MAGISTRATE JUDGE
                                          )
15  GENERAL ELECTRIC COMPANY, et          )
    al.,                                  )
16                                        )
                Defendants.                )
17  _____)

18

19       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

20  party in the above-captioned civil matter hereby voluntarily consents to have a United States

21  Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

22  the entry of a final judgment. Appeal from the judgment shall be taken directly to the United

23  States Court of Appeals for the Ninth Circuit.

24  Dated: February 22, 2008                BRAYTON❖PURCELL LLP

25                                          /s/ *David R. Donadio*

26                                    By:   _____

27                                          David R. Donadio

28                                          Attorneys for Plaintiffs

---

K:\Injured\108863\Fed\Consent Magistrate (price).wpd      1
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE C08-969-EDL