United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNA PRICE, et al,

    Plaintiffs,                                   No. C08-00969 EDL

    v.                                          RECUSAL ORDER

GENERAL ELECTRIC COMPANY,
et al.,

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

    IT IS SO ORDERED.

Dated: March 13, 2008

                                                       _____
                                                       ELIZABETH D. LAPORTE
                                                       United States Magistrate Judge