```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    CHARLES T. SHELDON  Bar No. 155598
 2  DEREK S. JOHNSON (Bar No. 220988)
    One Market Plaza
 3  Steuart Tower, 8th Floor
    San Francisco, California 94105
 4  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 5
    Attorneys for Defendant
 6  GENERAL ELECTRIC COMPANY

 7

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

10
```

| | |
|---|---|
| 11  ANNA PRICE, et al., | CASE NO. CV 08-0969 EDL |
| 12      Plaintiffs, | **NOTICE OF TAG-ALONG ACTION** |
| 13      v. | Multi-District Rule 7.5(e) |
| 14  GENERAL ELECTRIC COMPANY, et al., | |
| 15      Defendants. | |

16

17     **PLEASE TAKE NOTICE THAT** on July 29, 1991, the Judicial Panel of Multi-District

18  Litigation entered an order transferring all asbestos pending in the federal courts to the United

19  States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

20  proceedings pursuant to 28 U.S.C. §1207 ("MDL Transfer Order"). The MDL Transfer Order

21  also applies to "tag-along actions," which refers to a civil action pending in a district court and

22  involving common questions of fact with actions previously transferred under Section 1407 by

23  the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show

24  Cause. See Multi-District Litigation Rules ("MDL Rules), Rule 11.

25     Pursuant to MDL Rule 7.5(c),

26     Any party or counsel in actions previously transferred under Section 1407 or
       under consideration by the Panel for transfer under section 1407 shall notify the
27     Clerk of the Panel of any potential "tag-along" actions in which that party is also
       named or in which that counsel appears.
28

1  Defendant GENERAL ELECTRIC COMPANY hereby notifies the Court that this case is
2  a potential "tag-along action" which may be subject to transfer to the United States District
3  Court, Eastern District of Pennsylvania. GENERAL ELECTRIC COMPANY has forwarded a
4  copy of this notice to the Clerk of the MDL Panel. The Clerk of the Panel may either (1) enter a
5  conditional transfer order pursuant to the MDL Rule 7.4(a), or (2) file an order to show cause
6  why this action should not be transferred, pursuant to MDL Rule 7.5(b).

8  DATED: March 17, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP


                                 By:      /S/   Derek S. Johnson
                                     Derek S. Johnson
                                     Attorneys for Defendant
                                     GENERAL ELECTRIC COMPANY