James P. Cunningham, No. 121406
John G. Lee, No. 238899
**CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:    415.989.5900
Facsimile:    415.989.0932
Email:    jcunningham@cbmlaw.com
    jlee@cbmlaw.com

Attorneys for Defendant
WARREN PUMPS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anna Price, Individually, as Wrongful Death Heir, and as Successor-in-Interest to Doyel Price, Deceased, and Doyel Price, Pamela Price, and David Price, as Legal Heirs of Doyel Price, Deceased, | No. CV 08 0969 SBA |
| Plaintiffs, | **DEFENDANT WARREN PUMPS, LLC'S NOTICE OF TAG-ALONG ACTION** |
| v. | |
| General Electric Company, Cramp Shipbuilding and Drydock Co., New York Shipbuilding Corp., Viad Corp., and Warren Pumps, LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on

Multidistrict Litigation entered an order transferring all asbestos cases pending in federal

court to the United States District Court, Eastern District of Pennsylvania, for coordinated

or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order").

That order also applies to "tag-along actions," or actions involving common questions of

fact filed after the January 1991 filings of the Panel's Order to Show Cause. MDL Rule

13(e) provides:

/ /

CBM-SF\SF399479.1

1   Any party or counsel in actions previously transferred under section
2   1407 or under consideration by the Panel for transfer under section
    1407 shall promptly notify the Clerk of the Panel of any potential
3   "tag-along actions" in which that party is also named or in which
    that counsel appears.

4   The undersigned hereby notifies the court that this is a potential "tag-along

5   action" which may be subject to transfer to the Eastern District of Pennsylvania.  The

6   Clerk of the Panel may either: 1) enter a conditional transfer order pursuant to MDL Rule

7   12(a), or 2) file an order to show cause why the action should not be transferred, pursuant

8   to MDL Rule 13(b).

9   Dated:  April 3, 2008

10                          CARROLL, BURDICK & McDONOUGH LLP

11

12                          By _____
                                              John G. Lee
13                          Attorneys for Defendant
                            WARREN PUMPS, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Anna Price, et al. v. General Electric Company, et al.*
United States District Court,
Northern District of California Action No. CV 08 0969 SBA

### PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I, the undersigned, declare: that I am, and was at the time of service of the documents herein referred to, over the age of 18 years, and am not a party to the action; and I am employed in the County of San Francisco, California. My business address is 44 Montgomery Street, Suite 400, San Francisco, California 94104.

On the date executed below, I electronically served the document(s) described as:

### DEFENDANT WARREN PUMPS, LLC'S NOTICE OF TAG-ALONG ACTION

on recipients designated on the United States District Court, Northern District of California's website.

I declare under penalty of perjury pursuant to the laws of the State of California, that the foregoing is true and correct, and was executed on April 3, 2008 at San Francisco, California.

Margaret Foley

CBM-SF\SF399278

PROOF OF SERVICE BY ELECTRONIC TRANSMISSION