**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ANNA PRICE, *et al.*,

        Plaintiffs,

v.

GENERAL ELECTRIC COMPANY., *et al.*,

        Defendants.

No. C 08-00969 SBA

**ORDER**

[Docket No. 15]

Pending transfer by the Judicial Panel on Multidistrict Litigation in *In re Asbestos Products Liability Litigation (no. VI)*, MDL No. 875, 771 F.Supp. 415 (1991), to the Eastern District of Pennsylvania, this matter is STAYED. The dates listed in the Case Management Scheduling Order [Docket No. 11], and Order Setting Initial Case Management Conference and ADR Deadlines [Docket No. 2], are VACATED, as is the Case Management Conference set for May 21, 2008, at 3:15 p.m.

IT IS SO ORDERED.

Date: 4/30/08

                                            Saundra Brown Armstrong
                                            United States District Judge